# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RALPH VANCE , JR.<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:     3:03-CR-46<br><br>Kim Tollison<br>Defendant's Attorney |

**THE DEFENDANT:**
[ ]     admitted guilt to violation of condition(s) _ of the term of supervision.
[X]     was found in violation of condition(s) __1__ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

        The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                    June 30, 2006
                                                          Date of Imposition of Sentence

                                                                    s/Thomas W. Phillips
                                                          Signature of Judicial Officer

                                                          THOMAS W. PHILLIPS, United States District Judge
                                                          Name & Title of Judicial Officer

                                                                    June 30, 2006
                                                          Date

CASE NUMBER: 3:03-CR-46-01
DEFENDANT: RALPH VANCE, JR.

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Defendant shall reside at Midway Rehabilitation for a period of 90 days. Defendant was kicked out of the program for non-compliant behavior and failure to follow rules | May 6, 2006 |

DEFENDANT: RALPH VANCE, JR.
CASE NUMBER: 3:03-CR-46-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __6 months__.

[X]  The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in the BOP facility in Manchester, Kentucky.

[X]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___ [] a.m.  [] p.m.  on ___.
     [ ] as notified by the United States Marshal.

[]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on _.
     [] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL